IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TONY MAURICE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:06cv1152-MEF |
| | ) | |
| STATE OF ALABAMA, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge

entered on January 11, 2007 (Doc. #4), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE that Plaintiff's complaint is DISMISSED with

prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B).

DONE this the 30th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE